**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

vs.　　　　　　　　　　　　　　**CASE NO. 4:09-cr-9-SPM/WCS-1**

**KELVIN LANEER BURTON,**

　　**Defendant.**
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

　　Pursuant to the Report and Recommendation (doc. 121) of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **KELVIN LANEER BURTON**, to Count One of the Indictment is hereby **ACCEPTED.** All parties shall appear before this Court for sentencing as directed.

　　**DONE AND ORDERED** this sixth day of April, 2010.

　　　　　　　　　　　　　　　　　*s/ Stephan P. Mickle*
　　　　　　　　　　　　　　　　　Stephan P. Mickle
　　　　　　　　　　　　　　　　　Chief United States District Judge